UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Docket No.: 25-mj-07530-JCB |
| | : |
| PETER CHO | : |

**MOTION TO WITHDRAW**

Undersigned counsel respectfully moves the Court to allow him to withdraw as counsel for Peter Cho. As grounds for this motion, Attorney Keith Halpern has filed a Notice of Appearance on behalf of the Defendant. See ECF #14.

Respectfully submitted,

*/s/ Scott Lauer*
Scott Lauer
B.B.O.# 667807
Assistant Federal Public Defender
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 4, 2025.

*/s/ Scott Lauer*
Scott Lauer